ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Exhibit A



Wake Turbulence

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

## Exhibit B



London Heathrow 27L (Terminal 5 and Tower)

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Exhibit C**



London Heathrow 27L (Planespotting)

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

## Exhibit D



London Heathrow 09L (100, 50, 40)

## Exhibit E



Auckland International 23L

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

## Exhibit F



Auckland Airport II (Terminal)

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Exhibit G**



Los Angeles International 24L

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Exhibit H**



Dubai International 12R (Morning Heavy Departures)

# Exhibit I



Tokyo Haneda 05 (Great Wave)

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Exhibit J**



Sydney Kingsford Smith 34L

**Exhibit K**



Film Screenshot 1

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Exhibit L**



Film Screenshot 2

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Exhibit M



Film Screenshot 3