**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHAEL KELLEY,

                Plaintiff,                21 **CIVIL** 8420 (GHW)

    -against-                    **JUDGMENT**

MORNING BEE, INC., and APPLE, INC.,

                Defendants.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 26, 2023, For the foregoing reasons, Defendants' motion to dismiss is granted. Plaintiff's action is DISMISSED with prejudice. Judgment is entered for Defendants and the case is closed.

**Dated:** New York, New York

     September 26, 2023

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**